**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:                                                                  **03-MDL-1570 (GBD)(SN)**

    **TERRORIST ATTACKS ON**
      **SEPTEMBER 11, 2001**
-------------------------------------------------------------X

Shirley Magee, as Personal Representative and/or
Proposed Administrator of the Estate of Alfred
Swanton, deceased

Shirley Magee, as the Spouse of Alfred Swanton,
deceased

William Schutt

Martin Schwartz

Nanette Scott, as Personal Representative and/or
Proposed Administrator of the Estate of Glenn Scott,
deceased

Nanette Scott, as the Spouse of Glenn Scott

Mary Ellen Scotto, as Personal Representative and/or
Proposed Administrator of the Estate of Frank Scotto,
deceased

Mary Ellen Scotto, as the Spouse of Frank Scotto

Ramchal Seeteram

Bryant Semenza

Vincent Serapiglia

Natalia Serna

Angel Serrano

                                          **18-cv-12372**
                                          **(GBD)(SN)**

                                 **SAUDI ARABIA SHORT**
                               **FORM COMPLAINT AND**
                               **DEMAND FOR TRIAL BY**
                                   **JURY**

Moises Serrano

John Sharkey

Larry Sharpe

Donna Shaw

Scott Shaw

Edward Sheehy

Levie Shuemake

Anthony Siconolfi

Michael Sigault

Jon Sigismondi

Mary Silvestri, as Personal Representative and/or
Proposed Administrator of the Estate of Domenick
Silvestri, deceased

Mary Silvestri, as the Spouse of Domenick Silvestri

Jennifer Simanowitz, as Personal Representative and/or
Proposed Administrator of the Estate of Michael
Simanowitz, deceased

Jennifer Simanowitz, as the Spouse of Michael
Simanowitz

Arthur Simms

Michael Simon

Albert Singleton

Terence Slane

Lawrence Small

Edward Smith

Nancy Smith, as Personal Representative and/or
Proposed Administrator of the Estate of Bradford
Smith, deceased

Nancy Smith, as the Spouse of Bradford Smith

Carmine Somma

Juan Sonera

John Sorrentino

Hector Soto

Theresa Spano, as Personal Representative and/or
Proposed Administrator of the Estate of Stephen Spano,
deceased

Theresa Spano, as the Spouse of Stephen Spano

Andrew Spieler

Edward Spinelli

Richard Spinelli

Joseph Spruill Jr.

Hilliard Starke

Jeffrey Stavitsky

Charles Steed

Eric Stern

Valentine Stevens

James Stewart

John Stewart Jr.

Joseph M. Stillitano

Bruce Strausberg

Sadie Strausberg

Aine Stuttard, as Personal Representative and/or
Proposed Administrator of the Estate of Anne Corridan,
deceased

Aine Stuttard, as the Child of Anne Corridan

Edgard Suarez

John Sugrue

William Sutton

Michael Swannick

Anthony Sylvester

Michael Tadros

Brian Talarico

Joseph Tallini

Allan Tannenbaum

Debora Tannenbaum

Angelo Tanzi

Darryl Taylor

Leonard L. Taylor

Margaret Taylor, as Personal Representative and/or
Proposed Administrator of the Estate of Robert Taylor,
deceased

Margaret Taylor, as the Spouse of Robert Taylor

Ronald Taylor

William Teller

Robert Teraskiewicz

Thomas Testa

Edwin Thomas

Maurice Thomas

Percy Thomas

Theodore Thomas

Daniel Thompson

Michael Thompson

Oscar Thompson

Steven Thompson

James Thomsen

Marc Thrift

Peter Tilley

Ralph Tisei

**Plaintiff(s),**

**-against-**

**KINGDOM OF SAUDI ARABIA,**

**Defendant.**

**-------------------------------------------------------------X**

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF No. 4045. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1.

Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## VENUE

1.    Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.    Jurisdiction is premised on the grounds set forth in the complaints specified below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon and applicable to all defendants in this action:

☒    28 U.S.C. § 1605(a)(5) (non-commercial tort exception)

☒    28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)

☒    28 U.S.C. § 1330 (actions against foreign states)

☐       Other (set forth below the basis of any additional ground for jurisdiction
        and plead such in sufficient detail as per the FRCP): _____

_____

_____ .

## CAUSES OF ACTION

3.      Each Plaintiff hereby adopts and incorporates herein by reference the

following factual allegations, jurisdictional allegations, and jury trial demand in the

following complaint [**check <u>only one</u> complaint**] and the following causes of action set

forth in that complaint:

☐       **Consolidated Amended Complaints as to the Kingdom of Saudi
        Arabia, ECF No. 3463 (check all causes of action that apply)**

        ☐       COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to
                Commit the September 11th Attacks upon the United States in
                violation of 18 U.S.C. § 2333(d) (JASTA).

        ☐       COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to
                Commit the September 11th Attacks upon the United States in
                violation of 18 U.S.C. § 2333(a).

        ☐       COUNT III – Committing Acts of International Terrorism in
                violation of 18 U.S.C. § 2333.

        ☐       COUNT IV – Wrongful Death.

        ☐       COUNT V – Alien Tort Claims Act.

        ☐       COUNT VI – Assault and Battery.

        ☐       COUNT VII – Conspiracy.

        ☐       COUNT VIII – Aiding and Abetting.

        ☐       COUNT IX – Intentional Infliction of Emotional Distress.

        ☐       COUNT X – Liability Pursuant to Restatement (Second) of Torts §
                317 and Restatement (Third) of Agency § 7.05: Supervising
                Employees and Agents.

☐    COUNT XI – Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents.

☐    COUNT XI – 18 U.S.C. § 1962(a)-(d) – CIVIL RICO.

☐    COUNT XII – Trespass.

☐    COUNT XII – Violations of International Law.

☒    **Complaint Against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of Saudi Arabia</u>, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1 (check all causes of action that apply)**

    ☒    First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *eq. seq.* (the Anti-Terrorism Act or ATA)

    ☒    First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *eq. seq.* (the Anti-Terrorism Act or ATA)

    ☒    Second Cause of Action for Wrongful Death Damages Pursuant to State Tort Law

    ☒    Second Cause of Action for Personal Injury Damages Pursuant to State Tort Law

    ☒    Third Cause of Action for Wrongful Death Damages Pursuant to the Alien Tort Claims Act

    ☒    Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

☐    Each Plaintiff asserts the following additional theories and/or Causes of Action against the Kingdom of Saudi Arabia: _____

_____

_____.

## IDENTIFICATION OF PLAINTIFFS

4.     The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short Form Complaint, herein referred to as "Plaintiffs."

    a.  The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

    b.  Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

    c.  As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

    d.  For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

    e.  For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

    f.  The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

5.      The only Defendant named in this Saudi Arabia Short Form Complaint is the Kingdom of Saudi Arabia.

## NO WAIVER OF OTHER CLAIMS

6.      By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7.      By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

8.      Each Plaintiff hereby demands a trial by jury as to the claims in this action.


WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.


Respectfully submitted,

THE DEARIE LAW FIRM, P.C.

BY:  ___/s/ John P. Dearie_____
John P. Dearie, Esq.
515 Madison Avenue, 11th Floor
New York, New York 10022
Tel: 212-980-0404
Fax: 212-227-4141
jpd@dearielaw.com

**APPENDIX 1**

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint, to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship / Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship / Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Shirley Magee | NJ | United States | Alfred Swanton | Personal Representative | United States | Wrongful Death |
| 2 | Shirley Magee | NJ | United States | Alfred Swanton | Spouse | United States | Solatium |
| 3 | William Schutt | NY | United States | N/A | N/A | N/A | Personal Injury |
| 4 | Martin Schwartz | FL | United States | N/A | N/A | N/A | Personal Injury |
| 5 | Nanette Scott | NY | United States | Glenn Scott | Personal Representative | United States | Wrongful Death |
| 6 | Nanette Scott | NY | United States | Glenn Scott | Spouse | United States | Solatium |
| 7 | Mary Ellen Scotto | NY | United States | Frank Scotto | Personal Representative | United States | Wrongful Death |
| 8 | Mary Ellen Scotto | NY | United States | Frank Scotto | Spouse | United States | Solatium |
| 9 | Ramchal Seeteram | NY | United States | N/A | N/A | N/A | Personal Injury |
| 10 | Bryant Semenza | PA | United States | N/A | N/A | N/A | Personal Injury |
| 11 | Vincent Serapiglia | NY | United States | N/A | N/A | N/A | Personal Injury |
| 12 | Natalia Serna | NY | United States | N/A | N/A | N/A | Personal Injury |
| 13 | Angel Serrano | FL | United States | N/A | N/A | N/A | Personal Injury |

| 14 | Moises Serrano | PA | United States | N/A | N/A | N/A | Personal Injury |
|---|---|---|---|---|---|---|---|
| 15 | John Sharkey | NY | United States | N/A | N/A | N/A | Personal Injury |
| 16 | Larry Sharpe | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 17 | Donna Shaw | NY | United States | N/A | N/A | N/A | Personal Injury |
| 18 | Scott Shaw | MA | United States | N/A | N/A | N/A | Personal Injury |
| 19 | Edward Sheehy | SC | United States | N/A | N/A | N/A | Personal Injury |
| 20 | Levie Shuemake | NY | United States | N/A | N/A | N/A | Personal Injury |
| 21 | Anthony Siconolfi | NY | United States | N/A | N/A | N/A | Personal Injury |
| 22 | Michael Sigault | NY | United States | N/A | N/A | N/A | Personal Injury |
| 23 | Jon Sigismondi | AZ | United States | N/A | N/A | N/A | Personal Injury |
| 24 | Mary Silvestri | NY | United States | Domenick Silvestri | Personal Representative | United States | Wrongful Death |
| 25 | Mary Silvestri | NY | United States | Domenick Silvestri | Spouse | United States | Solatium |
| 26 | Jennifer Simanowitz | NY | United States | Michael Simanowitz | Personal Representative | United States | Wrongful Death |
| 27 | Jennifer Simanowitz | NY | United States | Michael Simanowitz | Spouse | United States | Solatium |
| 28 | Arthur Simms | NY | United States | N/A | N/A | N/A | Personal Injury |
| 29 | Michael Simon | NY | United States | N/A | N/A | N/A | Personal Injury |
| 30 | Albert Singleton | PA | United States | N/A | N/A | N/A | Personal Injury |
| 31 | Terence Slane | FL | United States | N/A | N/A | N/A | Personal Injury |
| 32 | Lawrence Small | FL | United States | N/A | N/A | N/A | Personal Injury |
| 33 | Edward Smith | GA | United States | N/A | N/A | N/A | Personal Injury |
| 34 | Nancy Smith | NY | United States | Bradford Smith | Personal Representative | United States | Wrongful Death |
| 35 | Nancy Smith | NY | United States | Bradford Smith | Spouse | United States | Solatium |
| 36 | Carmine Somma | CT | United States | N/A | N/A | N/A | Personal Injury |

| 37 | Juan Sonera | FL | United States | N/A | N/A | N/A | Personal Injury |
|---|---|---|---|---|---|---|---|
| 38 | John Sorrentino | NY | United States | N/A | N/A | N/A | Personal Injury |
| 39 | Hector Soto | UT | United States | N/A | N/A | N/A | Personal Injury |
| 40 | Theresa Spano | NY | United States | Stephen Spano | Personal Representative | United States | Wrongful Death |
| 41 | Theresa Spano | NY | United States | Stephen Spano | Spouse | United States | Solatium |
| 42 | Andrew Spieler | NY | United States | N/A | N/A | N/A | Personal Injury |
| 43 | Edward Spinelli | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 44 | Richard Spinelli | FL | United States | N/A | N/A | N/A | Personal Injury |
| 45 | Joseph Spruill Jr. | NC | United States | N/A | N/A | N/A | Personal Injury |
| 46 | Hilliard Starke | NY | United States | N/A | N/A | N/A | Personal Injury |
| 47 | Jeffrey Stavitsky | FL | United States | N/A | N/A | N/A | Personal Injury |
| 48 | Charles Steed | NY | United States | N/A | N/A | N/A | Personal Injury |
| 49 | Eric Stern | NY | United States | N/A | N/A | N/A | Personal Injury |
| 50 | Valentine Stevens | NY | United States | N/A | N/A | N/A | Personal Injury |
| 51 | James Stewart | NY | United States | N/A | N/A | N/A | Personal Injury |
| 52 | John Stewart Jr. | FL | United States | N/A | N/A | N/A | Personal Injury |
| 53 | Joseph M. Stillitano | NY | United States | N/A | N/A | N/A | Personal Injury |
| 54 | Bruce Strausberg | NY | United States | N/A | N/A | N/A | Personal Injury |
| 55 | Sadie Strausberg | NY | United States | N/A | N/A | N/A | Personal Injury |
| 56 | Aine Stuttard | NY | United States | Anne Corridan | Personal Representative | United States | Wrongful Death |
| 57 | Aine Stuttard | NY | United States | Anne Corridan | Child | United States | Solatium |
| 58 | Edgard Suarez | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 59 | John Sugrue | NY | United States | N/A | N/A | N/A | Personal Injury |

| 60 | William Sutton | NJ | United States | N/A | N/A | N/A | Personal Injury |
|---|---|---|---|---|---|---|---|
| 61 | Michael Swannick | FL | United States | N/A | N/A | N/A | Personal Injury |
| 62 | Anthony Sylvester | NY | United States | N/A | N/A | N/A | Personal Injury |
| 63 | Michael Tadros | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 64 | Brian Talarico | NY | United States | N/A | N/A | N/A | Personal Injury |
| 65 | Joseph Tallini | NY | United States | N/A | N/A | N/A | Personal Injury |
| 66 | Allan Tannenbaum | NY | United States | N/A | N/A | N/A | Personal Injury |
| 67 | Debora Tannenbaum | NY | United States | N/A | N/A | N/A | Personal Injury |
| 68 | Angelo Tanzi | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 69 | Darryl Taylor | NY | United States | N/A | N/A | N/A | Personal Injury |
| 70 | Leonard L. Taylor | NY | United States | N/A | N/A | N/A | Personal Injury |
| 71 | Margaret Taylor | NY | United States | Robert Taylor | Personal Representative | United States | Wrongful Death |
| 72 | Margaret Taylor | NY | United States | Robert Taylor | Spouse | United States | Solatium |
| 73 | Ronald Taylor | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 74 | William Teller | NJ | United States | N/A | N/A | N/A | Personal Injury |
| 75 | Robert Teraskiewicz | NY | United States | N/A | N/A | N/A | Personal Injury |
| 76 | Thomas Testa | NY | United States | N/A | N/A | N/A | Personal Injury |
| 77 | Edwin Thomas | NY | United States | N/A | N/A | N/A | Personal Injury |
| 78 | Maurice Thomas | NY | United States | N/A | N/A | N/A | Personal Injury |
| 79 | Percy Thomas | NY | United States | N/A | N/A | N/A | Personal Injury |
| 80 | Theodore Thomas | NY | United States | N/A | N/A | N/A | Personal Injury |
| 81 | Daniel Thompson | NY | United States | N/A | N/A | N/A | Personal Injury |
| 82 | Michael Thompson | NJ | United States | N/A | N/A | N/A | Personal Injury |

| 83 | Oscar Thompson | NY | United States | N/A | N/A | N/A | Personal Injury |
|----|----------------|-----|---------------|-----|-----|-----|-----------------|
| 84 | Steven Thompson | NY | United States | N/A | N/A | N/A | Personal Injury |
| 85 | James Thomsen | FL | United States | N/A | N/A | N/A | Personal Injury |
| 86 | Marc Thrift | NY | United States | N/A | N/A | N/A | Personal Injury |
| 87 | Peter Tilley | FL | United States | N/A | N/A | N/A | Personal Injury |
| 88 | Ralph Tisei | SC | United States | N/A | N/A | N/A | Personal Injury |